IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN ASSURANCE COMPANY<br>Plaintiff<br><br>V.<br><br><br><br>JERMAR ROEMAON WELCH; DOMINION TRANSPORTS & LOGISTICS, LLC; H.E.C. LEASING, LLC; TRAVELERS INDEMNITY COMPANY; D/C INTERMODAL, LLC; EMMANUEL I. LOPEZ; AND DARLYN ENAMORADO<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>4:25-CV-2818 |

**DEFENDANTS TRAVELERS INDEMNITY COMPANY AND D/C INTERMODAL, LLC'S UNOPPOSED SECOND MOTION FOR LEAVE TO EXTEND ITS DEADLINE TO RESPOND TO GREAT AMERICAN'S MOTION FOR SUMMARY JUDGMENT FOR TEN DAYS**

TO THE HONORABLE COURT:

Defendants, Travelers Indemnity Company and D/C Intermodal, LLC ("Defendants"), asks the Court for leave to extend its deadline to respond to Great American's Motion for Summary Judgment for 10 days. Plaintiff Great American Assurance Company as well as Defendants Jermar Welch, Dominion Transports & Logistics, LLC, Emmanuel I. Lopez and Darlyn Enamorado consent to this motion.

As the Court is aware from my previous motion I have been going through some family trauma. As it turned out my father died September 8, 2026, and in fact my husband and I had just gotten to our vacation destination when we were advised he took a sudden turn for the worse and we came home immediately. His funeral was September 26. The end of last week was the first few days I have been "back" in the office other than loosely monitoring emails and dealing with any case emergencies. I apologize that I did not recognize this

pending deadline in order to file this motion sooner. The prior order from the Court gave a new deadline to respond of October 11 which was a Sunday. The next day was a Federal Holiday. Therefore, I am filing this request on October 13, 2026, to request 10 days to finalize my response and obtain client approval of same.

For these reasons, Defendant asks the Court to extend their deadline to respond to Great American's Summary Judgment for 10 days.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

*/s/ Donna F. Thomisee*

Donna F. Thomisee
TBN: 02705550
FBN : 8722
dthomisee@lawla.com
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996
ATTORNEY-IN-CHARGE FOR
TRAVELERS INDEMNITY COMPANY AND
D/C/ INTERMODEL, LLC

**CERTIFICATE OF CONTERENCE**

I certify that I conferred with counsel for Plaintiff Great American Assurance Company as well as Defendants Jermar Roemaon Welch, Dominion Transports & Logistics, LLC, Emmanuel I. Lopez and Darlyn Enamorado via email on October 12, 2026, and they informed me that they are unopposed to the extension of the Dispositive Motions deadline.

*/s/ Donna F. Thomisee*

Donna F. Thomisee

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I caused the Motion to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system

☒ emailed to the following counsel of record:

David J. Schubert
Stephen Burnett
SCHUBERT & EVANS, P.C.
900 Jackson, Suite 630
Dallas, Texas 75202
*Attorney for Great American Assurance Company*

Rachael S. Fountain
Lewis Brisbois Bisgaard & Smith LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
*Attorney for H.E.C. Leasing, LLC*

Alex P. Boylhart
KWOK DANIEL LTD., L.L.P.
2050 W. Sam Houston Pkwy S, Suite 1500
Houston, Texas 77042
*Attorney for Emmanual Lopez and Darlyn Enamorado*

John Engvall, Jr.
Engvall & York, LLP
1811 Bering Drive, Suite 210
Houston, Texas 77057
*Attorney for Jermar Roemaon Welch and Dominion Transports & Logistics, LLC*

*/s/ Donna F. Thomisee*
Donna F. Thomisee